# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

February 8, 2018

Louis M. Russo
Associate
(212) 336-2298
Direct Fax: (212) 336-7913
lmrusso@pbwt.com

**By ECF**

Hon. Joseph F. Bianco
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: <u>Johnson & Johnson et al. v. Levin, 16-cv-6631-JFB-AYS.</u>

Dear Judge Bianco:

We represent Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. (incorrectly sued as Johnson & Johnson Consumer Companies, Inc.) ("JJCI") in the above referenced action. We write to oppose Plaintiff's request for a pre-motion conference in anticipation of a motion for default judgment against Johnson & Johnson Consumer Companies, Inc.

JJCI has answered and defended this action in accordance with all applicable dates and orders from the Court, and is thus not in default. Plaintiff's confusion regarding entity names relates to a restructuring of Johnson & Johnson's subsidiary operating companies. On June 29, 2015, Johnson & Johnson Consumer Inc. assumed responsibility for Johnson's® Baby Shampoo, the product at issue in this litigation.

We are available at the Court's convenience should more information be necessary.

Respectfully submitted,

Louis M. Russo